NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DIANA L. PAULI (Cal. Bar No. 150289)
Assistant United States Attorney
International Narcotics,
  Money Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3899
     Facsimile: (213) 894-0142
     E-mail:    diana.pauli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 08-713-DSF |
|---|---|
| Plaintiff, | EX PARTE APPLICATION RE: REVISED BRIEFING SCHEDULE AND HEARING DATE |
| v. | |
| SALVADOR SENDIS-RAMIREZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California hereby moves <u>ex parte</u> for an order setting a revised briefing schedule in response to defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).

As the defendant is currently in custody, and proceeding in <u>pro per</u>, the government has not contacted him to ascertain his position on the request.

\\

\\

This ex parte application is based upon the attached declaration of Diana L. Pauli.

Dated: October 14, 2020                Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


         /s/
DIANA L. PAULI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF DIANA L. PAULI

I, Diana L. Pauli, declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California. I was assigned to represent the government in this matter on September 23, 2020.

2. On August 28, 2020, defendant filed a Motion to Modify Sentence pursuant to 18 U.S.C. § 3582(c)(1) ("the motion"). Defendant is proceeding in pro per.

3. On September 25, 2020, the court set the following briefing schedule that was requested by the government: government's opposition/response to the motion be filed and served by October 19, 2020; defendant's optional reply be filed and served by November 2, 2020; and any hearing on the motion would be held on November 16, 2020. Dkt. 2505.

4. The government requires additional time to complete its review defendant's medical records and other materials.

5. By this ex parte application, the government requests the following schedule:

(a) The government's opposition/response to the motion be filed and served by November 2, 2020.

(b) Defendant's optional reply be filed and served by November 23, 2020.

(c) If the court determines a hearing on the motion is necessary, it be held on December 7, 2020, at a time to be set by the court.

The government believes this revised schedule will provide sufficient time to complete its review of materials and address the issues raised in defendant's motion.

6. As the defendant is currently in custody and is proceeding in pro per, I have not contacted him to ascertain his position on the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 14, 2020.

/s/
DIANA L. PAULI

4

# CERTIFICATE OF SERVICE

I, **SANDRA POWELL**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **EX PARTE APPLICATION RE: REVISED BRIEFING SCHEDULE AND HEARING DATE service was:**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

☐ By e-mail, as follows:

Salvador Sendis-Ramirez
Reg. No. 62012-112
USP Lompoc Satellite Camp
3705 West Farm Road
Lompoc, CA 93436

This Certificate is executed on **OOctober 14, 2020**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

SANDRA POWELL