DIANA L. PAULI (Cal Bar No. 150289)
AUSA, INMLR Section
1400 United States Courthouse
312 N. Spring St., L.A., CA 90012
Tel: (213) 894-3899, Email: diana.pauli@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 08-00713(C)-DSF |
| v. | |
| SALVADOR SENDIS RAMIREZ | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

Government's Document(s) Under Seal, Ex Parte Application for Sealing and Proposed Order Sealing Documents

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 2, 2020                                    DIANA L. PAULI
Date                                                Attorney Name
                                                    United States of America
                                                    Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                     **NOTICE OF MANUAL FILING OR LODGING**